IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **PHILIP FLOYD** § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **ANDREA K. BOURESSA, In her** § <br> **official capacity as a State of Texas** § <br> **District Court Judge for Collin** § <br> **County, Texas;** *et al.*, § <br> *Defendants.* § | Case No. 4:24-cv-00681 |

**ORDER GRANTING JUDGE BOURESSA'S MOTION TO DISMISS**

ON THIS DAY came to be heard the Motion to Dismiss filed by Defendant Judge Andrea Bouressa. After due consideration of the law and the filings of parties, the Court finds said motion meritorious.  It is therefore,

**ORDERED** that Judge Bouressa's Motion to Dismiss is **GRANTED**.  It is further **ORDERED** that Plaintiff's claims against Judge Andrea Bouressa are dismissed with prejudice in their entirety.