UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD, § | |
|    Plaintiff § | |
| vs. § | |
| § | CIVIL ACTION NO. 4:24-CV-00681 |
| ANDREA K. BOURESSA, *In her official* § | |
| *capacity as a State of Texas District Court* § | |
| *Judge for Collin County, Texas*, Et al § | |
|    Defendants. § | |

**PLAINTIFF'S MOTION FOR EXTENSION IN TIME TO RESPOND
TO JUDGE BOURESSA'S MOTION TO DISMISS**

TO THE HONORABLE AMOS L. MAZZANT, III:

COMES NOW, Philip Floyd and files this motion requesting an extension in time to response to Judge Bouressa's Motion to Dismiss and shows this Court as follows:

Counsel for Plaintiff is requesting an extension in time to file a response to Judge Bouressa's Motion to Dismiss to further research issues raised in the Motion to Dismiss. The present due date for response under Civil Rule LOCAL RULE CV-7 Pleadings Allowed; Form of Motions and Other Documents is August 22, 2024. Plaintiff respectfully request an extension until August 30, 2024.

Respectfully submitted,

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD
Attorney for Plaintiff
6521 Preston Rd., Suite 100
Plano, Texas 75024
214-704-7081
877-846-3149 Fax
SBN: 07181700
Lawyerfloyd@aol.com

## CERTIFICATE OF CONFERENCE

I certify that on August 12, 2024, I conferred with Scot M. Graydon, counsel for Defendant Bouressa and he is not opposed to an extension until August 30, 2024, for Plaintiff to file a response.

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD

## CERTIFICATE OF SERVICE

I certify that a copy of the above Motion was served on the 12th day of August, 2024, upon all parties who have entered an appearance, using the CM/ECF system.

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD