UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD,<br>　　Plaintiff<br><br>vs.<br><br>ANDREA K. BOURESSA, *In her official capacity as a State of Texas District Court Judge for Collin County, Texas*, Et al<br>　　Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:24-CV-00681<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION IN TIME
TO RESPOND TO JUDGE BOURESSA'S MOTION TO DISMISS**

CAME ON FOR CONSIDERATION, Plaintiff's motion requesting an extension in time to response to Judge Bouressa's Motion to Dismiss. After finding that the motion is unopposed, the motion is GRANTED.

The due date for Plaintiff's response to Judge Bouressa's Motion to Dismiss is August 22, 2024.