UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILIP FLOYD, | § | |
|     Plaintiff | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 4:24-CV-00681 |
| ANDREA K. BOURESSA, *In her official capacity as a State of Texas District Court Judge for Collin County, Texas*, Et al | § § § § | |
|     Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION IN TIME TO RESPOND TO JUDGE BOURESSA'S MOTION TO DISMISS

Before the Court is Plaintiff's motion requesting an extension of time to respond to Judge Bouressa's Motion to Dismiss (Dkt. #14). The Court, noting the motion is unopposed, finds the motion should be GRANTED. The due date for Plaintiff's response to Judge Bouressa's Motion to Dismiss is August 22, 2024.

**IT IS SO ORDERED.**
**SIGNED this 14th day of August, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE