UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD, §<br>　　Plaintiff §<br>vs. §<br> §<br>ANDREA K. BOURESSA, *In her official* §<br>*capacity as a State of Texas District Court* §<br>*Judge for Collin County, Texas*, Et al §<br>　　Defendants. § | CIVIL ACTION NO. 4:24-CV-00681 |

## PLAINTIFF'S MOTION FOR NUNC PRO TUNC ORDER EXTENDING TIME TO RESPOND TO JUDGE BOURESSA'S MOTION TO DISMISS

TO THE HONORABLE AMOS L. MAZZANT, III:

COMES NOW, Philip Floyd and files this motion for a nunc pro tunc order granting an extension in time to response to Judge Bouressa's Motion to Dismiss and shows this Court as follows:

The order presented and signed by the Court on August 14, 2024 contained an incorrect date to respond to Judge Bouressa's Motion to Dismiss. Plaintiff requested an extension to respond to August 30, 2024. The Order Plaintiff presented contained the original due date and not the date requested . Plaintiff respectfully request an extension until August 30, 2024.

Respectfully submitted,

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD
Attorney for Plaintiff
6521 Preston Rd., Suite 100
Plano, Texas 75024
214-704-7081
877-846-3149 Fax
SBN: 07181700
Lawyerfloyd@aol.com

## CERTIFICATE OF CONFERENCE

I certify that on August 12, 2024, I conferred with Scot M. Graydon, counsel for Defendant Bouressa and he is not opposed to an extension until August 30, 2024, for Plaintiff to file a response.

*/s/ Douglas T. Floyd*
DOUGLAS T. FLOYD

## CERTIFICATE OF SERVICE

I certify that a copy of the above Motion was served on the 15th day of August, 2024, upon all parties who have entered an appearance, using the CM/ECF system.

*/s/ Douglas T. Floyd*
DOUGLAS T. FLOYD