UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD, § | |
|     Plaintiff § | |
| vs. § | |
| § | |
| ANDREA K. BOURESSA, *In her official* § | |
| *capacity as a State of Texas District Court* § | CIVIL ACTION NO. 4:24-CV-00681 |
| *Judge for Collin County, Texas*, RYAN § | |
| HACKNEY, PATRICK YARBOROUGH, § | |
| ELIAS DRAGON, MMWKM ADVISORS, § | |
| LLC, SETH KRETZER AND JIM SKINNER, § | |
| *In his official capacity as Sheriff of Collin* § | |
| *County, Texas*, Defendants. § | |

## PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE
## MMWKM ADVISORS, LLC

    Plaintiff, PHILIP FLOYD, asks the court to authorize substitute service pursuant to Federal Rules of Civil Procedure, Rule 4 as to MMWKM ADVISORS, LLC ("Defendant") and would show unto the Court as follows.

    1.    The address of Defendant's Registered Agent, Kenneth A. Moraif is 2820 Dallas Parkway, Plano, Texas 75093.

    2.    Plaintiff has attempted but failed to personally serve the Registered Agent ("Defendant") at his registered address on three or more separate occasions. These service attempts and the facts appurtenant thereto are set forth in Exhibit 1 which is attached hereto and is incorporated herein by reference for all purposes.

    It further appears to the Court that the manner of service ordered herein will be reasonably effective to give said defendant notice of the lawsuit.

    3.    Plaintiff asks the court to authorize to Plaintiff to serve Defendant by any one of the following methods:

        A.    By Delivering a true copy of the SUMMONS with Citation and Order authorizing substituted service attached, with anyone more than sixteen (16) years of age at 2820 Dallas Parkway, Plano, Texas 75093, OR,

        B.    By Attaching a true copy of the SUMMONS with Citation and Order authorizing substitute service, securely to the front door or entry way at 2820 Dallas Parkway, Plano, Texas 75093, and if the property is locked,

**PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE - MMWKM**
Page 1

       by attaching securely to the front door at 2820 Dallas Parkway, Plano, Texas 75093.

4.     Plaintiff asserts to the Court that the manner of service ordered herein will be reasonably effective to give said Defendant notice of the lawsuit.

5.     Plaintiff attaches the Proof of Service of Plaintiff's process server to this motion to establish facts not apparent from the record and incorporates same by reference.

    WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the motion for substitute service be Granted.

Respectfully Submitted,

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD
Attorney for Plaintiff
6521 Preston Rd., Suite 100
Plano, Texas 75024
214-704-7081
877-846-3149 Fax
SBN: 07181700
Lawyerfloyd@aol.com

Civil Action No.    4:24-cv-00681

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **MMWKM ADVISORS, LLC**
was recieved by me on **7/30/2024:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Other contact** after attempting service at **2820 Dallas Pkwy, Plano, TX 75093**; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 109.29** for services, for a total of **$ 109.29**.

I declare under penalty of perjury that this information is true.

Date:   08/09/2024

*Server's signature*

**B. Junior Davis**
*Printed name and title*

**1400 Preston Road
Suite 400A
Plano, TX 75093**

*Server's address*

Additional information regarding attempted service, etc:

**7/30/2024 2:47 PM: I spoke with an individual who identified themselves as the employee and they stated subject employed but not available at this time.
7/31/2024 10:28 AM: I spoke with an individual who identified themselves as the employee and they stated subject employed but not available at this time.
8/7/2024 6:11 PM: I spoke with an individual who identified themselves as the employee and they stated subject employed but not available at this time.
8/8/2024 4:12 PM: I spoke with an individual who identified themselves as the employee and they stated subject employed but not available at this time.**



Tracking #: **0140007948**



Civil Action No.     **4:24-cv-00681**





Tracking #: **0140007948**