UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILIP FLOYD,<br>    Plaintiff<br>vs.<br><br>ANDREA K. BOURESSA, *In her official capacity as a State of Texas District Court Judge for Collin County, Texas*, RYAN HACKNEY, PATRICK YARBOROUGH, ELIAS DRAGON, MMWKM ADVISORS, LLC, SETH KRETZER AND JIM SKINNER, *In his official capacity as Sheriff of Collin County, Texas*, Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:24-CV-00681 |

**ORDER ON MOTION FOR SUBSTITUTE SERVICE**
**FOR MMWKM ADVISORS**

CAME ON TO BE CONSIDERED PHILIP FLOYD's Motion to Substitute Service and after considering said motion, as well as the supporting document(s), the court finds Plaintiff's attempts to service MMWKM ADVISORS, LLC ("Defendant") have been unsuccessful and find the Substitute Service requested in Plaintiff's motion will be reasonably effective to give Defendant notice of the suit.

Therefore, the Court GRANTS the motion and authorizes Substitute Service on MMWKM ADVISORS, LLC by any one of the following method(s):

a.  By Delivering a true copy of the SUMMONS with Citation and Order authorizing substituted service attached, with anyone more than sixteen (16) years of age at 2820 Dallas Parkway, Plano, Texas 75093, OR,

b.  By Attaching a true copy of the SUMMONS with Citation and Order authorizing substitute service, securely to the front door or entry way at 2820 Dallas Parkway, Plano, Texas 75093, and if the property is locked, by attaching securely to the front door at 2820

**ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE-MMWKM**
Page 1

Dallas Parkway, Plano, Texas 75093.

Each of the authorized above described methods is reasonably effective to give Defendant notice of the suit and such service shall be deemed effective as of the date of compliance by Plaintiff.