IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **PHILIP FLOYD,** | § | |
| v. | § | 4:24-CV-681 |
| | § | |
| **SETH KRETZER, RECEIVER** | § | |

---

# ORDER
---

    ON THIS DAY came to be heard the Motion to Dismiss filed by Defendant Seth Kretzer, Receiver.

    After due consideration of the law and the filings of parties, the Court finds said motion meritorious. It is therefore,

    ORDERED that Defendant Kretzer's Motion to Dismiss is GRANTED.

    It is further ORDERED that Plaintiff's claims against Defendant Kretzer are dismissed with prejudice in their entirety.