**Exhibit "B": Transcript of June 2024 Hearing Where Attorney Floyd Referred To State Bar**

```
 1                    REPORTER'S RECORD
 2               CAUSE NO. 471-02423-2021
 3
 4  PHILIP FLOYD,                ) IN THE DISTRICT COURT
                                 )
 5       Plaintiff,               )
                                 )
 6  VS.                          ) COLLIN COUNTY, TEXAS
                                 )
 7  MMWKM ADVISORS, LLC, and     )
    ELIAS DRAGON,                )
 8                               )
         Defendants.              ) 471ST JUDICIAL DISTRICT
 9
10
11
12  ************************************************************
13                         HEARING
14                       JUNE 6, 2024
15  ************************************************************
16
17
18
19
20
21        On the 6th day of June, 2024, the following
22  proceedings came on to be held in the above-titled and
23  numbered cause before the Honorable Andrea Bouressa,
24  Presiding Judge, in McKinney, Collin County, Texas.
25  Proceedings reported by realtime machine shorthand.
```

Denise Carrillo, CSR, RMR, CRR
Official Court Reporter - 471st District Court

```
 1                   A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3      MR. DOUGLAS T. FLOYD
        SBOT NO. 07181700
 4      6521 Preston Road, Suite 100
        Plano, Texas 75024
 5      Phone:  (972)378-3807
        Email: Lawyerfloyd@aol.com
 6

 7   FOR THE DEFENDANTS:

 8      MR. PATRICK YARBOROUGH
        SBOT NO. 24084129
 9      MS. LAUREN YARBOROUGH
        SBOT NO. 24121181
10      Foster Yarborough PLLC
        917 Franklin Street, Suite 220
11      Houston, Texas 77002
        Phone:  (713)331-5254
12      Email:  patrick@fosteryarborough.com
                lauren@fosteryarborough.com
13

14   RECEIVER:

15      MR. SETH KRETZER
        SBOT NO. 24043764
16      The Law Offices of Seth Kretzer
        917 Franklin Street, 6th Floor
17      Houston, Texas 77002
        Phone:  (713)775-3050
18      Email: seth@kretzerfirm.com

19

20

21

22

23

24

25
```

```
1                           INDEX
2                          HEARING
3    June 6, 2024
4                                                      PAGE
5    Caption ..........................................1
6    Appearances.......................................2
7    Proceedings.......................................4
8    End of Proceedings................................6
9    Reporter's Certificate ...........................7
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|  |  |
|---|---|
| 1 | **P R O C E E D I N G S** |
| 2 | (Thursday, June 6, 2024, 10:46 a.m.) |
| 3 | **THE COURT:**  We're going to go on the |
| 4 | record in Cause No. 471-02423-2021. |
| 5 | Counsel, if you will state your names and |
| 6 | who you are here to represent, please. |
| 7 | **MR. YARBOROUGH:**  Good morning, Your Honor. |
| 8 | I am Patrick Yarborough, joined by my colleague Lauren |
| 9 | Yarborough, here to represent Judgment Creditors MMWKM |
| 10 | Advisors, LLC, Series ERD 1, and Philip Floyd [sic]. |
| 11 | **MR. KRETZER:**  Good morning, Your Honor. |
| 12 | Seth Kretzer, K-r-e-t-z-e-r, court-appointed receiver. |
| 13 | **THE COURT:**  And for the Judgment Debtor? |
| 14 | **MR. FLOYD:**  You finished? |
| 15 | Douglas Floyd for Philip Floyd. |
| 16 | **THE COURT:**  We will not be proceeding |
| 17 | today on the matters that are currently set before the |
| 18 | Court.  We cannot proceed today on the matters set |
| 19 | before the Court, and that is because I have become |
| 20 | aware that counsel for Plaintiff, Mr. Douglas Floyd, has |
| 21 | engaged in certain conduct outside of these proceedings |
| 22 | that appears to me to be an attempt at personal |
| 23 | retaliation against me for adverse rulings, and appears |
| 24 | to be a groundless and unconscionable attempt to |
| 25 | influence the rulings in this case.  And because of |

1  that, I am compelled to refer counsel's conduct to the
2  disciplinary arm of the State Bar of Texas, which
3  requires recusal on my part from further proceedings in
4  this matter.
5            Mr. Floyd has attempted, on multiple
6  occasions, to have me recused based on adverse rulings,
7  and it is my belief that bad conduct by counsel should
8  not be rewarded.  But, in this case, counsel's conduct
9  has been so egregious and so outrageous as to compel me
10 to refer the matter to the State Bar, and, therefore, I
11 am recusing myself voluntarily from hearing further
12 proceedings in this matter, and asking that the
13 Presiding Judge for our Administrative Region refer the
14 matter to another court for further proceedings.  I am
15 entering an order to that effect and will have that to
16 the District Clerk later today.
17           I find the conduct to be an affront to the
18 judicial system and undermining to the integrity of our
19 judicial system and truly unparalleled to anything else
20 I have seen on the Bench.
21           So I will enter that order and step aside
22 so that this matter can proceed before another judge.
23           **MR. FLOYD:**  May I ask a question, Your
24 Honor?
25           **THE COURT:**  I don't believe there is a

1  need for any further questions or any comment.  I am
2  ordering a voluntary recusal and referral to the
3  Presiding Judge, and we will hear no further proceedings
4  in this court in this matter.
5              We'll go off the record.
6              (Proceedings were concluded at 10:50 a.m.)

Denise Carrillo, CSR, RMR, CRR
Official Court Reporter - 471st District Court

```
 1      STATE OF TEXAS
 2      COUNTY OF COLLIN
 3         I, Denise Carrillo, Official Court Reporter in and
 4   for the 471st District Court of Collin, State of Texas,
 5   do hereby certify that the above and foregoing contains
 6   a true and correct transcription of all portions of
 7   evidence and other proceedings requested in writing by
 8   counsel for the parties to be included in this volume of
 9   the Reporter's Record in the above-styled and numbered
10   cause, all of which occurred in open court or in
11   chambers and was reported by me.
12         I further certify that this Reporter's Record of
13   the proceedings truly and correctly reflects the
14   exhibits, if any, offered by the respective parties.
15         WITNESS MY OFFICIAL HAND this the 6th day of
16   June, 2024.
17                           /s/ Denise Carrillo
                             Denise Carrillo, CSR, RMR, CRR
18                           Texas CSR #9269
                             Official Court Reporter
19                           471st District Court
                             2100 Bloomdale Rd., Suite 30276
20                           McKinney, Texas 75071
                             Telephone:  972.547.1803
21                           dcarrillo@co.collin.tx.us
                             Expiration:  5/31/2026
22
23
24
25
```