UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD,<br>　　Plaintiff<br>vs.<br><br>ANDREA K. BOURESSA, *In her official capacity as a State of Texas District Court Judge for Collin County, Texas*, Et al<br>　　Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:24-CV-00681<br>§<br>§<br>§<br>§ |

**NUNC PRO TUNC ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION IN TIME TO RESPOND TO JUDGE BOURESSA'S MOTION TO DISMISS**

Before the Court is Plaintiff's motion requesting an extension in time to response to Judge Bouressa's Motion to Dismiss (Dkt. #19). After finding that the motion is unopposed, the Court finds the motion is GRANTED.

It is therefore ORDERED that the due date for Plaintiff's response to Judge Bouressa's Motion to Dismiss is August 30, 2024.

**IT IS SO ORDERED.**

SIGNED this 19th day of August, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE