UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD,<br>    Plaintiff<br><br>vs.<br><br>ANDREA K. BOURESSA, *In her official capacity as a State of Texas District Court Judge for Collin County, Texas*, RYAN HACKNEY, PATRICK YARBOROUGH, ELIAS DRAGON, MMWKM ADVISORS, LLC, SETH KRETZER AND JIM SKINNER, *In his official capacity as Sheriff of Collin County, Texas*, Defendants. | § § § § § § § § § § § § §    CIVIL ACTION NO. 4:24-CV-00681 |

## ORDER ON SECOND MOTION FOR SUBSTITUTE SERVICE
## FOR ELIAS DRAGON

CAME ON TO BE CONSIDERED PHILIP FLOYD's Second Motion for Substitute Service and after considering said motion, as well as the supporting document(s), the court finds Plaintiff's attempts to service ELIAS DRAGON ("Defendant") have been unsuccessful and find the Substitute Service requested in Plaintiff's motion will be reasonably effective to give Defendant notice of the suit.

Therefore, the Court GRANTS the motion and authorizes Substitute Service on ELIAS DRAGON by any one of the following method(s):

a.    By Delivering a true copy of the SUMMONS with Citation and Order authorizing substituted service attached, with anyone more than sixteen (16) years of age at 727 Bent Tree Ct., Coppell, TX 75019, OR,

b.    By Attaching a true copy of the SUMMONS with Citation and Order authorizing substitute service, securely to the front door or entry way at 727 Bent Tree Ct., Coppell, TX 75019, and if the property is locked, by attaching securely to the front door at 727

**ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE-DRAGON**

Bent Tree Ct., Coppell, TX 75019.

Each of the authorized above described methods is reasonably effective to give Defendant notice of the suit and such service shall be deemed effective as of the date of compliance by Plaintiff.