IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILIP FLOYD<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 4:24-cv-00681 |
| ANDREA K. BOURESSA, In her official capacity as a State of Texas District Court Judge for Collin County, Texas; *et al.*,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§ | |

**ORDER GRANTING DEFENDANT JUDGE BOURESSA'S UNOPPOSED MOTION TO STAY DISCOVERY AND VACATE ORDER FOR RULE 16 CONFERENCE**

BE IT REMEMBERED on this day there was presented the Unopposed Motion to Stay Discovery and Vacate the Order Scheduling the Rule 16 Conference filed by Defendant Judge Andrea Bouressa, and the Court having reviewed the motion, the law, and arguments of all parties, enters the following order:

IT IS **ORDERED** that the Judge Bouressa's Unopposed Motion to Stay Discovery and Vacate the Order Scheduling the Rule 16 Conference is **GRANTED**.

IT IS ALSO **ORDERED** that discovery is **STAYED** in this case until after the Court rules on Judge Bouressa's Motion to Dismiss.

It is further **ORDERED** that the Court's Order regarding a Conference and initiation of Discovery (Doc. 24) is **VACATED**.