# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD § | |
| § | |
| v. § | Civil Action No. 4:24cv681 |
| § | Judge Mazzant |
| ANDREA K. BOURESSA, In her official § | |
| capacity as a State of Texas District Court § | |
| Judge for Collin County, Texas, RYAN § | |
| HACKNEY, PATRICK YARBOROUGH, § | |
| ELIAS DRAGON, MMWKM ADVISORS, § | |
| LLC, SETH KRETZER AND JIM § | |
| SKINNER, In his official capacity as Sheriff § | |
| of Collin County, Texas § | |

## ORDER REASSIGNING CASE

Pursuant to 28 U.S.C. §636 and the Local Rules of this Court for the Assignment of Matters to Magistrate Judges, the Court hereby **REFERS** the above-referenced case to the Hon. Aileen Goldman Durrett for all pretrial proceedings.

**IT IS SO ORDERED.**

SIGNED this 4th day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE