UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PHILIP FLOYD<br>    *Plaintiff,*<br><br>v.<br><br>ANDREA K. BOURESSA, *In her official capacity as a State of Texas District Court Judge for Collin County, Texas*, RYAN HACKNEY, PATRICK YARBOROUGH, ELIAS DRAGON, MMWKM ADVISORS, LLC, SETH KRETZER AND JIM SKINNER, *In his official capacity as Sheriff of Collin County, Texas*,<br>    *Defendants.* | Civil Action No. 4:24-CV-00681 |

**[PROPOSED] ORDER GRANTING DEFENDANTS RYAN HACKNEY'S AND PATRICK YARBOROUGH'S MOTION TO DISMISS UNDER RULES 12(B)(1) AND 12(B)(6)**

Pending before the Court is Defendants Ryan Hackney's and Patrick Yarborough's Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) (the "Motion"). Having considered the Motion, the parties' submissions, the applicable law, and the arguments of counsel, the Court hereby

**ORDERS** that Defendants' Motion to Dismiss is **GRANTED**. Philip Floyd's claims against Defendants Ryan Hackney, Patrick Yarborough, Elias Dragon, and MMWKM Advisors, LLC are dismissed pursuant to Rules 12(b)(1) and 12(b)(6).