UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

PHILIP FLOYD,                              §
          Plaintiff                        §
vs.                                        §
                                           §    CIVIL ACTION NO. 4:24-CV-00681
ANDREA K. BOURESSA, RYAN HACKNEY§
PATRICK YARBOROUGH, ELIAS DRAGON§
MMWKM ADVISORS, LLC, SETH          §
KRETZER AND JIM SKINNER, Defendants.  §

## PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE A
## SECOND AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Plaintiff, Philip Floyd request leave of court to file a second amended complaint and

shows the Court as follows:

All named defendants have been served and have filed motions to dismiss for various

reasons.  The various motions have alerted Plaintiff of possible deficiencies in his complaint.

Accordingly, Plaintiff request leave to amend the complaint to address the various objections by

the various defendants.

Respectfully submitted,

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD
Attorney for Plaintiff
6521 Preston Rd., Suite 100
Plano, Texas 75024
214-704-7081
877-846-3149 Fax
SBN: 07181700
Lawyerfloyd@aol.com

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that Plaintiff requested agreement with all Defendants for leave of court to file a second amended complaint on October 17, 2024 and that the there was not unanimous agreement.

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the above Plaintiff's request was served on October 18, 2024, upon all parties who have entered an appearance, using the CM/ECF system.

**/s/ *Douglas T. Floyd***
DOUGLAS T. FLOYD

PLAINTIFF'S REQUEST FOR LEAVE OF COURT TO FILE A SECOND AMENDED
COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
PAGE 2