IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **PHILIP FLOYD**<br>    *Plaintiff*,<br><br>v.<br><br>**ANDREA K. BOURESSA, In her official capacity as a State of Texas District Court Judge for Collin County, Texas;** *et al.*,<br>    *Defendants*. | Case No. 4:24-cv-00681 |

___

**ORDER DENYING PLAINTIFF'S MOTIONS FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**
___

ON THIS DAY came to be heard the Motions for Leave to File Plaintiff's Second Amended Complaint. After due consideration of the law and the filings of parties, the Court enters the following:

It is **ORDERED** that Plaintiff's two Motions for Leave to File Plaintiff's Second Amended Complaint (Doc.s 57 and 60) are **DENIED**.  It is further **ORDERED** that Plaintiff's Second Amended Complaint (Doc. 61) is **STRICKEN** and the Original Complaint (Doc. 1) is the live pleading in this case.