# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **PHILLIP FLOYD** | § § | |
| **v.** | § § | Case No. 4:24-CV-00681 |
| **ANDREA BOURESSA, , et. al.** | § | |

## ORDER GRANTING SHERIFF SKINNER'S MOTION FOR SANCTIONS

Having reviewed the pleadings and other documents in this case, and considered Sheriff Skinner's MOTION FOR SANCTIONS along with authorities, this Court is of the opinion that Defendant Sheriff Skinner's Request for Sanctions should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Phillip Floyd and his father/Counsel Douglas Floyd be and hereby are **SANCTIONED** and **ORDERED** to pay to Collin County, Texas, the sum of **$**_____ for **ATTORNEY'S FEES** and **COSTS** incurred in defending Sheriff Skinner this action, plus post-judgment interest on such amount from the date of this ORDER until paid. Such attorneys fees and costs shall be paid by cashiers' check or money order to the counsel for Collin County within 30 days from the signing of this ORDER.

**IT IS FURTHER ORDERED** that Plaintiff Phillip Floyd and his father/Counsel Douglas Floyd conditionally pay to Collin County, Texas, the sum of **$**_____ for **ATTORNEY'S FEES** and **COSTS** which may be incurred in the event this matter is unsuccessfully appealed to the Fifth Circuit Court of Appeals;

**IT IS FURTHER ORDERED** that Plaintiff Phillip Floyd and his father/Counsel Douglas Floyd conditionally pay to Collin County, Texas, **ATTORNEY'S FEES** and **COSTS** which may be incurred in the event this matter is unsuccessfully appealed to the United States Supreme Court in the following increments: (1) **$**_____ for representation at the petition for writ of certiorari stage in the United State Supreme Court; (2) **$**_____ for representation at the merits briefing stage at the Supreme Court; **$**_____ for representation through oral argument and

the completion of proceedings in the Supreme Court if the case were ever to proceed to such level. The award of conditional appellate attorneys' fees is designed to compensate Collin County, Texas, the expense of having to defend this sanctions award and dismissal in the event the Plaintiff pursues an unsuccessful appeal. The award of conditional attorney's fees is expressly contingent upon an unsuccessful appeal by the Plaintiff. Post-judgment interest on such conditional attorneys fees shall be at the rate of five percent (5%) per annum on such amounts, commencing from the date the notice of appeal is filed, or in the case of an appeal to Supreme Court, the date the Plaintiff files his petition for certiorari, until paid. The payment of such conditional appellate fees shall be paid by cashiers' check or money order to Counsel Robert Davis within thirty (30) days from the issuance of the Mandate from the Court of Appeals and/or final opinion from the United States Supreme Court.

**IT IS FURTHER ORDERED** that Plaintiff, or anyone acting on his behalf [specifically including Douglas Floyd], be and hereby are prohibited from filing in, or removing to, any civil action of any kind or nature concerning the claims which have been made in the instant case against: (1) Collin County Sheriff Jim Skinner, (2) Collin County, Texas, (3) any elected officials, officers, agents, servants or employees of Collin County, and (4) the undersigned Counsel Robert Davis and his Firm MATTHEWS, SHIELS, KNOTT, EDEN, DAVIS & BEANLAND, and any officers, agents, servants or employees of said Firm without leave of court from an active Eastern District of Texas Judge assigned to the division in which the case will be filed, or the Chief Judge of the Eastern District of Texas.

The failure of Plaintiff Phillip Floyd and/or his father/Counsel Douglas Floyd to pay the attorney's fees, costs, and sanctions listed this ORDER, as well as comply with the other terms of this ORDER, shall result in such additional and further sanctions which the Court deems just and fair under the evidence, after notice and hearing.

Defendant Sheriff Skinner is allowed such writs and processes as may be necessary in the enforcement and collection of this ORDER. For all of foregoing let execution issue.