```
 1                    REPORTER'S RECORD              ┌─────────┐
                                                     │ EXHIBIT │
 2                 CAUSE NO. 471-02423-2021          │    B    │
                                                     └─────────┘
 3

 4   PHILIP FLOYD,              ) IN THE DISTRICT COURT
                                )
 5        Plaintiff,            )
                                )
 6   VS.                        ) COLLIN COUNTY, TEXAS
                                )
 7   MMWKM ADVISORS, LLC, and   )
     ELIAS DRAGON,              )
 8                              )
          Defendants.           ) 471ST JUDICIAL DISTRICT
 9

10

11

12   **************************************************************

13                              HEARING

14                           JUNE 6, 2024

15   **************************************************************

16

17

18

19

20

21        On the 6th day of June, 2024, the following

22   proceedings came on to be held in the above-titled and

23   numbered cause before the Honorable Andrea Bouressa,

24   Presiding Judge, in McKinney, Collin County, Texas.

25   Proceedings reported by realtime machine shorthand.
```

**A P P E A R A N C E S**

FOR THE PLAINTIFF:

   MR. DOUGLAS T. FLOYD
   SBOT NO. 07181700
   6521 Preston Road, Suite 100
   Plano, Texas 75024
   Phone:  (972)378-3807
   Email: Lawyerfloyd@aol.com

FOR THE DEFENDANTS:

   MR. PATRICK YARBOROUGH
   SBOT NO. 24084129
   MS. LAUREN YARBOROUGH
   SBOT NO. 24121181
   Foster Yarborough PLLC
   917 Franklin Street, Suite 220
   Houston, Texas 77002
   Phone:  (713)331-5254
   Email:  patrick@fosteryarborough.com
         lauren@fosteryarborough.com

RECEIVER:

   MR. SETH KRETZER
   SBOT NO. 24043764
   The Law Offices of Seth Kretzer
   917 Franklin Street, 6th Floor
   Houston, Texas 77002
   Phone:  (713)775-3050
   Email: seth@kretzerfirm.com

| | |
|---|---|
| 1 | INDEX |
| 2 | HEARING |

June 6, 2024

|  | PAGE |
|---|---|
| Caption | 1 |
| Appearances | 2 |
| Proceedings | 4 |
| End of Proceedings | 6 |
| Reporter's Certificate | 7 |

Denise Carrillo, CSR, RMR, CRR
Official Court Reporter - 471st District Court

```
 1                    P R O C E E D I N G S
 2              (Thursday, June 6, 2024, 10:46 a.m.)
 3              THE COURT:  We're going to go on the
 4   record in Cause No. 471-02423-2021.
 5              Counsel, if you will state your names and
 6   who you are here to represent, please.
 7              MR. YARBOROUGH:  Good morning, Your Honor.
 8   I am Patrick Yarborough, joined by my colleague Lauren
 9   Yarborough, here to represent Judgment Creditors MMWKM
10   Advisors, LLC, Series ERD 1, and Philip Floyd [sic].
11              MR. KRETZER:  Good morning, Your Honor.
12   Seth Kretzer, K-r-e-t-z-e-r, court-appointed receiver.
13              THE COURT:  And for the Judgment Debtor?
14              MR. FLOYD:  You finished?
15              Douglas Floyd for Philip Floyd.
16              THE COURT:  We will not be proceeding
17   today on the matters that are currently set before the
18   Court.  We cannot proceed today on the matters set
19   before the Court, and that is because I have become
20   aware that counsel for Plaintiff, Mr. Douglas Floyd, has
21   engaged in certain conduct outside of these proceedings
22   that appears to me to be an attempt at personal
23   retaliation against me for adverse rulings, and appears
24   to be a groundless and unconscionable attempt to
25   influence the rulings in this case.  And because of
```

that, I am compelled to refer counsel's conduct to the disciplinary arm of the State Bar of Texas, which requires recusal on my part from further proceedings in this matter.

Mr. Floyd has attempted, on multiple occasions, to have me recused based on adverse rulings, and it is my belief that bad conduct by counsel should not be rewarded. But, in this case, counsel's conduct has been so egregious and so outrageous as to compel me to refer the matter to the State Bar, and, therefore, I am recusing myself voluntarily from hearing further proceedings in this matter, and asking that the Presiding Judge for our Administrative Region refer the matter to another court for further proceedings. I am entering an order to that effect and will have that to the District Clerk later today.

I find the conduct to be an affront to the judicial system and undermining to the integrity of our judicial system and truly unparalleled to anything else I have seen on the Bench.

So I will enter that order and step aside so that this matter can proceed before another judge.

**MR. FLOYD:** May I ask a question, Your Honor?

**THE COURT:** I don't believe there is a

```
 1   need for any further questions or any comment.  I am
 2   ordering a voluntary recusal and referral to the
 3   Presiding Judge, and we will hear no further proceedings
 4   in this court in this matter.
 5                   We'll go off the record.
 6                   (Proceedings were concluded at 10:50 a.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Denise Carrillo, CSR, RMR, CRR
Official Court Reporter - 471st District Court

```
 1      STATE OF TEXAS
 2      COUNTY OF COLLIN
 3      I, Denise Carrillo, Official Court Reporter in and
 4  for the 471st District Court of Collin, State of Texas,
 5  do hereby certify that the above and foregoing contains
 6  a true and correct transcription of all portions of
 7  evidence and other proceedings requested in writing by
 8  counsel for the parties to be included in this volume of
 9  the Reporter's Record in the above-styled and numbered
10  cause, all of which occurred in open court or in
11  chambers and was reported by me.
12      I further certify that this Reporter's Record of
13  the proceedings truly and correctly reflects the
14  exhibits, if any, offered by the respective parties.
15      WITNESS MY OFFICIAL HAND this the 6th day of
16  June, 2024.
17                        /s/ Denise Carrillo
                          Denise Carrillo, CSR, RMR, CRR
18                        Texas CSR #9269
                          Official Court Reporter
19                        471st District Court
                          2100 Bloomdale Rd., Suite 30276
20                        McKinney, Texas 75071
                          Telephone:  972.547.1803
21                        dcarrillo@co.collin.tx.us
                          Expiration:  5/31/2026
22
23
24
25
```