IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILIP FLOYD<br>    *Plaintiff*, | § § § § | |
| v. | § § | Case No. 5:25-CV-0642-XR |
| ANDREA K. BOURESSA, RYAN HACKNEY, PATRICK YARBOROUGH, ELIAS DRAGON, MMWKM ADVISORS, LLC, SETH KRETZER AND JIM SKINNER,<br>    *Defendants*. | § § § § § § § | |

**STIPULATION OF DISMISSAL IN ACCORDANCE WITH FRCP 41(a)**

Plaintiff Philip Floyd ("Plaintiff") and Defendants Ryan Hackney, Patrick Yarborough, Elias Dragon, MMWKM Advisors, LLC, and Seth Kretzer (collectively "Stipulating Defendants") hereby stipulate in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims, causes of action, motions for attorney's fees, motions for sanctions, matters in dispute, and requests for relief in this lawsuit by and between Plaintiff and Stipulating Defendants be dismissed with prejudice, with each of said parties (Plaintiff and Stipulating Defendants, the "Stipulating Parties"), bearing that party's own attorney's fees and costs relating to the claims, causes of action, and matters in dispute by and between the Stipulating Parties and dismissed by way of this Stipulation. The Stipulating Parties hereby dismiss and/or withdraw all pending motions and requests for relief filed or requested by any of the Stipulating Parties as against each other in this lawsuit.

Plaintiff has separately filed a Notice of Dismissal relating to Defendant Andrea K. Bouressa and Defendant Jim Skinner.

Dated: February 12, 2026

        /s/*Douglas Floyd*
DOUGLAS T. FLOYD
Texas State Bar No.: 07181700
Email: lawyerfloyd@aol.com

DOUGLAS T. FLOYD
6521 Preston Road, Suite 100
Plano, Texas 75024
Telephone:    (214) 704-7081
Facsimile:    (877) 846-3149

ATTORNEYS FOR PLAINTIFF PHILIP FLOYD

Dated: February 12, 2026

        /s/ *Colin B. Philips*
Colin B. Phillips
Texas State Bar No.: 24105937
Email: cphillips@azalaw.com

AHMAD, ZAVITSANOS & MENSING P.L.L.C.
1221 McKinney Street., Suite 2500
Houston, Texas 77010
Telephone:    (713) 655-1101
Facsimile:    (713) 655-0062

ATTORNEY-IN-CHARGE
FOR DEFENDANTS RYAN HACKNEY, PATRICK YARBOROUGH, ELIAS DRAGON, AND MMWKM ADVISORS, LLC

Dated: February 12, 2026

        /s/ *Seth Kretzer*
Seth Kretzer
Texas State Bar No.: 24043764
Email: seth@kretzerfirm.com

Kretzer & Arnett
917 Franklin Street, 6th Floor
Houston, Texas 77002
Telephone:    (713) 775-3050