IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHILIP FLOYD<br>    *Plaintiff*, | § § § § | |
| v. | § § | Case No. 5:25-CV-0642-XR |
| ANDREA K. BOURESSA, RYAN HACKNEY, PATRICK YARBOROUGH, ELIAS DRAGON, MMWKM ADVISORS, LLC, SETH KRETZER AND JIM SKINNER,<br>    *Defendants*. | § § § § § § | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS ANDREA K. BOURESSA AND JIM SKINNER IN ACCORDANCE WITH FRCP 41(a)

Plaintiff Philip Floyd ("Plaintiff") dismisses with prejudice all claims, causes of action, and requests for relief asserted by Plaintiff against Defendants Andrew K. Bouressa and Jim Skinner and Plaintiff dismisses Defendants Bouressa and Skinner from this lawsuit. Plaintiff files this Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i). Because Defendants Andrew K. Bouressa and Jim Skinner have not yet filed an answer or a motion for summary judgment in this case, this Notice of Dismissal is effective upon the filing of this Notice.

Dated: February 12, 2026

/s/*Douglas Floyd*
DOUGLAS T. FLOYD
Texas State Bar No.: 07181700
Email: lawyerfloyd@aol.com

DOUGLAS T. FLOYD
6521 Preston Road, Suite 100
Plano, Texas 75024
Telephone:    (214) 704-7081
Facsimile:    (877) 846-3149

ATTORNEY FOR PLAINTIFF PHILIP FLOYD